UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,        )
                               )          1:08-CR-58
v.                             )
                               )          Chief Judge Curtis L. Collier
PATRICK PARKS,                 )
                               )
              Defendant.        )

## ORDER

Before the Court is a motion to suppress filed by Patrick Parks ("Defendant") to suppress

evidence resulting from his arrest on June 15, 2007 (Court File No. 44), and a supplement to this

motion (Court File No. 48). This motion was referred to United States Magistrate Judge William

B. Carter, who held an evidentiary hearing on August 21, 2009. Defendant subsequently filed a

motion for consideration of an additional argument (Court File No. 58) to which the government

responded (Court File No. 60). The magistrate judge issued a report and recommendation ("R&R")

pursuant to 28 U.S.C. § 636(b)(1) recommending Defendant's motion be denied (Court File No. 62).

For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS**

the R&R (Court File No. 62). Accordingly, Defendant's motion to suppress and supplemental

motions are **DENIED** (Court File Nos. 44, 48, 58, 63).

**SO ORDERED.**

**ENTER:**


**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2